UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN BARRETT | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-253-SDJ |
| | § | |
| SYNOVUS BANK, D/B/A FIRST PROGRESS | § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report"), this matter having been referred to the magistrate judge per 28 U.S.C. § 636. On November 15, 2022, the magistrate judge entered proposed findings of fact and recommendations contained in the Report. (Dkt. #21). The Report recommends that Plaintiff John Barrett's claims against Defendant Synovus Bank d/b/a First Progress be dismissed without prejudice for lack of standing. Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court determines that the Report should be adopted.

It is therefore **ORDERED** that:

Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction**.

Plaintiff's Motion to Compel Arbitration, Waiving No Rights, (Dkt. #16), is **DISMISSED for lack of subject matter jurisdiction**.

**So ORDERED and SIGNED this 10th day of February, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE